**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 3:05CR-78-01-H** |
| **CHRISTOPHER MARTINEZ-JUAREZ** | **DEFENDANT** |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty of the Defendant to Counts 1 - 5 of the Superseding Information are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **December 18, 2006, at 10:30 a.m.**, United States Courthouse, Louisville, Kentucky.

Copies to:

Counsel of Record
United States Probation
United States Attorney
United States Marshal